IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION FILE NO.: 5:19-CV-445-FL

PHILADELPHIA INDEMNITY )
INSURANCE COMPANY, )
      Plaintiff, )
  )
v. )
  )
CHEROKEE GIVES BACK )
FOUNDATION; THOMAS F. DARDEN )
II; THOMAS F. DARDEN III; SLOCUM )
H. FOGLEMAN III a/k/a S. H. "JIM" )
FOGLEMAN; SAMUEL W. WHITT; )
MAURICE J. COLEMAN; LATOYA )
KING a/k/a LATOYA GODLEY and )      **ORDER ON JOINT MOTION**
RSUI INDEMNITY COMPANY, )      **TO CONTINUE STAY**
      Defendants )
  )
And )
  )
PHILADELPHIA INDEMNITY )
INSURANCE COMPANY, )
      Counterclaim and )
      Third-Party Plaintiff )
  )
v. )
  )
STEADFAST INSURANCE COMPANY, )
      Counterclaimant and )
      Third-Party Defendant )

This matter is before the Court on the Joint Motion to Continue Stay (the

"**Motion**") filed by Plaintiff Philadelphia Indemnity Insurance Company,

Defendants Cherokee Gives Back Foundation, Thomas F. Darden II, Thomas F.

Darden III, Slocum H. Fogleman III a/k/a S. H. "Jim" Fogleman, Samuel W. Whitt,

Maurice J. Coleman, and LaToya King a/k/a LaToya Godley, and Third-Party Defendant Steadfast Insurance Company (collectively, the "**Parties**").

Having considered the Motion, the Court finds good cause exists to continue to stay further proceedings in this case for an additional sixty (60) days to allow the settlement approval process in the Class Action to develop to the point where the Parties' settlement of this action will become final.

It is therefore ORDERED that the Joint Motion to Continue Stay is HEREBY GRANTED, and all deadlines and further action in this case are HEREBY STAYED for sixty (60) days.

SO ORDERED, this the _____18th_____ day of _____September_____, 2023.

_____
Louise W. Flanagan
United States District Judge