UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

Plaintiff

VERSUS

CHEROKEE GIVES BACK FOUNDATION,
THOMAS F. DARDEN II, THOMAS F.
DARDEN III, SLOCUM H. FOGLEMAN
A/K/A S.H. "JIM" FOGLEMAN, SAMUEL W.
WHITT, MAURICE J. COLEMAN, LATOYA
KING A/K/A LATOYA GODLEY, AND RSUI
INDEMNITY COMPANY,

Defendants

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

Counterclaim Defendant
/ Third-Party Plaintiff

VERSUS

STEADFAST INSURANCE COMPANY,

Third-Party Defendant

CIVIL ACTION NO.: 5:19-cv-445

**JOINT STIPULATION OF DISMISSAL
OF THE ENTIRETY OF
C.A. NO. 5:19-CV-445**

  **NOW INTO COURT**, through undersigned counsel, come plaintiff, third-party plaintiff,

and counterclaim defendant, Philadelphia Indemnity Insurance Company (PIIC), and defendants

and counterclaimants, Cherokee Gives Back Foundation, Thomas Darden, II, Thomas F. Darden,

III, Slocum H. Fogleman, a/k/a S.H. "Jim" Fogleman, Samuel W. Whitt, Maurice J. Coleman,

Latoya King a/k/a Latoya Godley (CGBF Defendants), and third-party defendant, Steadfast

1

Insurance Company, and pursuant to Rule 41(a)(1)(A)(ii), stipulate to the dismissal of all claims in this action as follows:

       1.     All claims and causes of action, counterclaims, and cross-claims between PIIC and the CGBF Defendants are dismissed without prejudice; and

       2.     All claims and causes of action, counterclaims, and cross-claims between PIIC and Steadfast Insurance Company are dismissed with prejudice.

       The Parties agree that the forgoing stipulations result in dismissal and closure for all purposes of the entirety of C.A. No. 5:19-cv-445, including all claims and causes of action, all counterclaims and cross-claims, and all third-party demands asserted at any time throughout this litigation. It is further stipulated that the Protective Order entered in this matter shall survive dismissal of the action and materials designated confidential pursuant to the Protective Order will remain confidential. Further, each party is responsible for its costs and expenses and respective attorneys' fees.

       Respectfully submitted this 17th day of April, 2025.

| | |
|---|---|
| */s/ Kim M. Jackson*<br>KIM M. JACKSON<br>(GA BAR NO. 387420)<br>    kjackson@boviskyle.com<br><br>**BOVIS KYLE BURCH & MEDLIN**<br>200 Ashford Center North, Suite 500<br>Atlanta, GA 30338<br>Telephone:   (770) 391-9100<br>Facsimile:   (770) 668-0878<br>COUNSEL FOR PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY | */s/ Camilla F. DeBoard*<br>CAMILLA F. DEBOARD<br>(NC BAR NO. 41265)<br>    cdeboard@boviskyle.com<br><br>**BOVIS KYLE BURCH & MEDLIN**<br>806 Green Valley Road Suite 203<br>Greensboro, NC 27408<br>Telephone:   (336) 907-3901<br>Facsimile:   (336) 907-4178<br>COUNSEL FOR PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY |
| */s/ Christopher R. Pennison*<br>CHRISTOPHER R. PENNISON<br>(LA BAR NO. 22584)<br>    cpennison@lpwsl.com<br><br>**LARZELERE PICOU WELLS<br>    SIMPSON LONERO, LLC**<br>Suite 500—Two Lakeway Center<br>3850 N. Causeway Boulevard<br>Metairie, LA  70002<br>Telephone:   (504) 834-6500<br>Facsimile:   (504) 834-6565<br>COUNSEL FOR PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY | */s/ Meredith Elkins*<br>MEREDITH ELKINS<br>(NY BAR NO. 22987)<br>    Melkins@cohenziffer.com<br><br>**COHEN ZIFFER FRENCHMAN<br>    & MCKENNA, LLP**<br>1325 Avenue of the Americas<br>New York, NY 10019<br>Telephone:   (212) 584-1890<br>Facsimile:   (212) 584-1891<br>COUNSEL FOR CGBF DEFENDANTS |
| */s/ E. Bradley Evans*<br>E. BRADLEY EVANS<br>(NC BAR NO. 28515)<br>    ebe@wardandsmith.com<br><br>**WARD AND SMITH, P.A.**<br>Post Office Box 8088<br>Greenville, NC 27835-8088<br>Telephone:   (252) 215-4000<br>Facsimile:   (252) 215-2077<br>LOCAL CIVIL RULE 83.1(d) COUNSEL FOR<br>CGBF DEFENDANTS | */s/ Tory M. Bishop*<br>TORY M. BISHOP<br>(NE BAR NO. 18527)<br>    Tory.bishop@kutakrock.com<br><br>**KUTAK ROCK, LLP**<br>1650 Farnam St.<br>Omaha, NE 68102-2103<br>Telephone:   (402) 346-6000<br>Facsimile:   (402) 346-1148<br>COUNSEL FOR STEADFAST INSURANCE<br>COMPANY |

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>17th</u> day of April, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ *E. Bradley Evans*
E. Bradley Evans
N.C. State Bar I.D. No.: 28515
email: ebe@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: 252.215.4000
Facsimile: 252.215.4077